**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Louis Clayton Burgess
Attorney at Law
P. O. Drawer 5250
Lafayette LA 70502-5250


**REHEARING ACTION: March 10, 2010**


**Docket Number: 09   00927-CA**

**DIANNE ALEXANDER, ET UX.**
**VERSUS**
**LAFAYETTE CRIME STOPPERS, INC., ET AL.**

**Appealed from St. Martin Parish Case No. 70296**


**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dianne Alexander and Herman Alexander** has this day been

> **DENIED.**
> Cooks, J., would grant the rehearing.


cc: Douglas C. Longman  Jr., Counsel for the Appellee